UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __5__

------------------------------------------------------------
PACHECO

USCA NO. _____

SDNY NO. __07cv9403__
JUDGE: __KMW__
DATE: __12/28 / 2007__

-v-

GONZALEZ ET AL
------------------------------------------------------------

INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____Nezam D._____
          FIRM _____APPEALS SECTION_____
       ADDRESS  UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY
                500 PEARL STREET, NEW YORK, NEW YORK 10007
       PHONE NO. _____(212) 805-0636_____

DISTRICT COURT DOCKET ENTRIES ----------------------------------------------------------------

DOCUMENTS                                                                                DOC#

| | |
|---|---|
| Clerk's Certificate | |
| See Attached List of Numbered Documents | |
| Only Circled Documents Included | |

( √ ) Original Record                                    ( ____ ) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __28th__ Day of __December__, 2007.

United States District Court for
the Southern District of New York

-------------------------------------------------------

PACHECO

                          -V-

GONZALEZ ET AL

-------------------------------------------------------

Date: 12/28/ 2007

U.S.C.A. # _____

U.S.D.C. # __07cv9403__

D.C. JUDGE __KMW__

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through _4_, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**                     **Document Description**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __28th__ Day of __December__ In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____
**Deputy Clerk**

APPEAL, CLOSED, HABEAS, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-09403-KMW
### Internal Use Only

Pacheco v. Gonzalez et al
Assigned to: Judge Kimba M. Wood
Cause: 28:1331 Fed. Question: Other

Date Filed: 10/19/2007
Date Terminated: 10/19/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 10/19/2007 | 1 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2241. Document filed by Alexander Jhoanni Pacheco.(laq) (Entered: 11/01/2007) |
| 10/19/2007 |  | Magistrate Judge Gabriel W. Gorenstein is so designated. (laq) (Entered: 11/01/2007) |
| 10/19/2007 | 2 | ORDER OF DISMISSAL, The Clerk of Court is directed to assign a docket number ti this action. The Court dismisses the petition for the reasons set forth in this order.Accordingly, the application is dismissed. As petitioner has not made a substantial showing of the denial of a constitutional right, I decline to issue a certificate of appealability. I certify pursuant to 28 U.S.C.1915(a)(3) that any appeal form this order would not be taken in good faith.certificate of appealability will not issue.... (signed by Judge Kimba M. Wood)(laq) (Entered: 11/01/2007) |
| 10/19/2007 | 3 | JUDGMENT. Ordered, Adjudged and Decreed: That the petition is hereby dismissed.... a certificate of appealability will not issue.... We certify pursuant to 28 U.S.C. 1915(a) that any appeal from the Court's order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 10/19/07) (laq) (Entered: 11/01/2007) |
| 11/26/2007 | 4 | NOTICE OF APPEAL from 3 Judgment - Sua Sponte (Petition). Document filed by Alexander Jhoanni Pacheco. Copies of Notice of Appeal mailed to :A.U.S.A. (nd) (Entered: 12/27/2007) |
| 11/26/2007 |  | Appeal Remark as to 4 Notice of Appeal filed by Alexander Jhoanni Pacheco. IFP REVOKED ON 11/1/2007, $455.00 APPEAL FILING FEE DUE. (nd) (Entered: 12/27/2007) |
| 12/27/2007 |  | Transmission of Notice of Appeal to the District Judge re: 4 Notice of Appeal. (nd) (Entered: 12/27/2007) |
| 12/27/2007 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 4 Notice of Appeal. (nd) (Entered: 12/27/2007) |